CC'Original Copy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 13 2025

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Gregory D Crosby
AKA Crosby, Gregory D
05825-015 , Applicant,

v.

ADX Warden, AW (Programs)
Federal Bureau of Prisons
(et al.) , Respondent(s).

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915
## IN A HABEAS CORPUS ACTION

I request leave to commence this habeas corpus action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. I have _____ in my prison account.
              (amount)

(Rev. 4/15/02)

4. My other assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

*no Certified Statement, will mail @ later date when recv'd by Trust*

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on _Jan 7, 2025_
(Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

(Rev. 4/15/02)                                              2



To: Jeffery P. Colwell, Clerk
United States District Court
District of Colorado
Alfred A. Arraj USCHSE
Room A105 901 19th St.
Denver, Colorado 80294-3589

Att: Pro Se Clerks

Gregory D. Crosby
BKA Cosby
Reg. No. 0852-50-045
Unit A 07-203
PO Box 5500
Adx/Max
Florence Colorado
81226-5500

Special Mail
Correspondence
326.14
Legal Mail


FILED
GCC 1-10-25

Certificate of Mailing
&
Declaration of Mail Box

Mailing:

I enclose sealed envelope 28USC1746
penalty of perjury from
delivered to mx staff to
Affixed postages said mail under
2/6/5/14 correspondence
Special legal mail by
am 7th 2025
USDC wai

FEDERAL PRISON CAMP
P.O. BOX 5000
FLORENCE, COLORADO 81226

DATE: JAN 07 2025

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.